IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Criminal Action No.
26-00290-01-CR-W-BCW

JAYLA M. RAGIN,

Defendant.

---

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

| | | |
|---|---|---|
| **PENDING CHARGES**: | Count One | Assault on a Federal Officer Causing Bodily Injury, *in violation of* 18 U.S.C. §§ 111(a)(1) and (b) |
| | Count Two | Assault on a Federal Officer, *in violation of* 18 U.S.C. § 111(a)(1) |
| | Count Three | Assault on a Federal Officer, *in violation of* 18 U.S.C. § 111(a)(1) |
| | Count Four | Assault on a Federal Officer, *in violation of* 18 U.S.C. § 111(a)(1) |
| | Count Five | Depredation to Government Property, *in violation of* 18 U.S.C. § 1361 |

**TRIAL COUNSEL**:
Government: Brandon Gibson and Jeff McCarther; a paralegal will assist
Case Agent: Bret Tinch with the 509th Security Forces Squadron
Defense: Lesley Smith; Kendra Jackson (investigator); a paralegal will assist

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:

Government: 6 with or without stipulations

Defense: 4 witnesses, including Defendant who ( ) will / ( x ) may / ( ) will not testify

**TRIAL EXHIBITS**:

Government: 12 exhibits

Defense: 15 exhibits

**DEFENSES**:

( x ) defense of general denial

( ) defenses of general denial and ______________________________

**POSSIBLE DISPOSITION**:

( ) Definitely for trial

( ) Motion to continue to be filed

( ) Possibly for trial

( x ) Likely a plea will be worked out

**TRIAL TIME**: **1.5 days**

Government's case including jury selection: 1 day

Defense case: .5 day

**STIPULATIONS**:

( ) not likely

( x ) not appropriate

( ) likely as to:

- ( ) chain of custody
- ( ) chemist's reports
- ( ) prior felony conviction
- ( ) interstate nexus of firearm
- ( ) other: ______________________________

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:

Government: October 5, 2026

Defense: October 5, 2026

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: October 5, 2026

**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: October 5, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing 10/19/2026

*Government counsel has another case on the October docket, United States v. Dickson (26-00015-01-CR-W-DGK)*

*Defense counsel has a final revocation hearing on October 22 before Judge Bough, United States v. Ralls (15-00308-1-CR-W-SRB)*

**OTHER**:

( ) A ______________________-speaking interpreter is required.

( ) Other assistive devices: ________________________________________________

**IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge